UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JORGE ARTURO ZERMENO DELGADO,<br><br>                    Petitioner,<br><br>     v.<br><br>JEFFERSON B. SESSIONS, et al.,<br><br>                    Respondents. | Case No. C17-1031-RSL<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Government's motion to dismiss, Dkt. 4, is GRANTED.

(3) Petitioner's habeas petition is DENIED, and this action is DISMISSED without prejudice.

\\

\\

ORDER OF DISMISSAL - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue

Dated this 19th day of October, 2017.

*ROBERT S. LASNIK*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 2